FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  Rhine   John   S
      (Last)  (First) (Initial)

Prisoner Number  AT 50501-9

Institutional Address  Ataskadero 5747  
P.O.B 7001 Ataskadero ca 93423-7001

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John S Rhine
(Enter the full name of plaintiff in this action.)

vs.

Ataskadero mct-SmH
"       " Admissions
"       " Security
" Julian green
"       " Program
(Enter the full name of respondent(s) or jailor in this action)

CV 08  3939  JF (PR)

Case No. _____
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

E-filing

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS    - 1 -

1. Who to Name as Respondent

   You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

   If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

   1. What sentence are you challenging in this petition?

      (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland): **SAN Diego Superior**   **SAN Diego**
          Court                                        Location

      (b) Case number, if known **At 57501-9**

      (c) Date and terms of sentence **3-17-05 3,**

      (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes **X**  No ___
          Where?
          Name of Institution: **ATASKADERO St hosp**
          Address: **P.O. Box 7001 ATASKAdego CA 93423**

   2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

   **3 Robberys with Conviction Appell in court on original charge as only 2 Robberys / witness threat Removed**

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment: Yes ✓ No ___

    Preliminary Hearing: Yes ✓ No ___

    Motion to Suppress: Yes ___ No ✓

4. How did you plead?

    Guilty ✓  Not Guilty ___  Nolo Contendere ___

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ___  Judge alone ___  Judge alone on a transcript ___

6. Did you testify at your trial? Yes ___ No ✓

7. Did you have an attorney at the following proceedings:

    (a) Arraignment — Yes ✓ No ___
    (b) Preliminary hearing — Yes ✓ No ___
    (c) Time of plea — Yes ✓ No ___
    (d) Trial — Yes ___ No ___
    (e) Sentencing — Yes ✓ No ___
    (f) Appeal — Yes ✓ No ___
    (g) Other post-conviction proceeding — Yes ✓ No ___

8. Did you appeal your conviction? Yes ✓ No ___

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal — Yes ✓ No ___
    Year: 06? Result: Dined nd president — see 1983

    Supreme Court of California — Yes ✓ No ___
    Year: ___ Result: ___

    Any other court — Yes ___ No ___
    Year: ___ Result: ___

    (b) If you appealed, were the grounds the same as those that you are raising in this

| | | | | |
|---|---|---|---|---|
| 1 | | petition? | Yes ____ | No ✓ |
| 2 | (c) | Was there an opinion? | Yes ✓ | No ____ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4 | | | Yes ✓ | No ____ |

5  If you did, give the name of the court and the result:

6  Superior Court? never recived

7  reply or Subsequent mail CRC

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?        Yes ____    No ✓

10  [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16  (a)  If you sought relief in any proceeding other than an appeal, answer the following

17  questions for each proceeding. Attach extra paper if you need more space.

18  I.  Name of Court: __Superior Court__

19      Type of Proceeding: __Wente Brief__

20      Grounds raised (Be brief but specific):

21      a. __Un Known never recived__

22      b. __Copy from Appellate__

23      c. __Defenders After Legal__

24      d. __notes Sent__

25      Result: _____  Date of Result: _____

26  II. Name of Court: __Superior Court__

27      Type of Proceeding: __extiton to file__

28      Grounds raised (Be brief but specific): --

PET. FOR WRIT OF HAB. CORPUS        - 4 -

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

III.   Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

IV.   Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

(b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____    No ✓

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS    - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Based on competent Assistance of Council

Supporting Facts: Right to fair and speedy Trial not 14 mts Jail Awaiting Trial with no Attemt made To Locate witnesses or them to present evedence

Claim Two: Corircied Guilty plea on Above as no support Investgation facts

Supporting Facts: there were all contacts witnesses and vidio Tapes never contacted By Attorney so no choice exept make Guilty plea

Claim Three: At no time can probation report be used in court without Dismissal

Supporting Facts: no Defence Supporting facts about mental Health allagation and no relaiable probation facts Reports as in US VS Dunn

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

It is my understanding that Appellate Defenders refused to submit Above and other pricedents on IAC so Court of Appealls was not notifed

PET. FOR WRIT OF HAB. CORPUS         -6-

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

US VS Dunn

People vs GARCIA

_____

Do you have an attorney for this petition?          Yes ____   No ✓

If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on   7-25-08                         *John Rhine* (signature)
              Date                            Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS         - 7 -

