**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN S. RHINE, <br><br> Petitioner, <br><br> vs. <br><br> ATASKADERO MANAGEMENT - SMH, et al., <br><br> Respondent(s). | No. C 08-03939 JF (PR) <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION; DENYING OTHER MOTION <br><br><br> (Docket Nos. 3 & 4) |

On August 18, 2008, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, the clerk of the Court sent a notification to Petitioner that his petition was deficient because he did not pay the filing fee or file an in forma pauperis application. The notification included the warning that the case would be dismissed if Petitioner failed to respond within thirty days. Along with the notice, the clerk provided a copy of the court's in forma pauperis application, a Certificate of Funds in Prisoner's Account form, and a return envelope. On September 10, 2008, Petitioner filed an application to proceed in forma pauperis and a request for an extension of time to file the missing Certificate of Funds in Prisoner's Account and his prisoner trust account statement showing

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.08\Rhine03939_ifp-eot.wpd

transactions for the last six months. (Docket No. 3.) Petitioner also requested an "official exten[s]ion of time for summons and service of notice of complaint for 60 days." (Docket No. 4.)

Good cause appearing, the Court will extend the time an additional thirty days for Petitioner to file a complete in forma pauperis application and the necessary accompanying documents. The application and documentation must be filed with the Court **no later than October 18, 2008**. Failure to comply with the Court's order in a timely manner will result in the dismissal of the case without prejudice for failure to pay the filing fee.

Petitioner's request for an extension of time regarding the "summons" and "notice of complaint" (Docket No. 4) is DENIED as premature since the petition has yet to undergo an initial review.

This order terminates Docket Nos. 3 and 4.

DATED: 9/18/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.08\Rhine03939_ifp-eot.wpd    2