United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. RHINE,  )<br>              Petitioner,  )<br>   vs.  )<br>  )<br>ATASKADERO MANAGEMENT - )<br>SMH, et al.,  )<br>              Respondent(s).  )<br>_____ ) | No. C 08-03939 JF (PR)<br><br>ORDER OF DISMISSAL |

On August 18, 2008, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On that same day, the clerk of the Court sent a notification to Petitioner that his petition was deficient because he did not pay the filing fee or file an in forma pauperis application.  The notification included the warning that the case would be dismissed if Petitioner failed to respond within thirty days.  Along with the notice, the clerk provided a copy of the court's in forma pauperis application, a Certificate of Funds in Prisoner's Account form, and a return envelope.  On September 10, 2008, Petitioner filed an in forma pauperis application without attaching a Certificate of Funds in Prisoner's Account and a copy of his

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.08\Rhine03939_dism-ifpdef.wpd

prisoner trust account statement showing transactions for the last six months. With the deficient application, Petitioner requested an extension of time to file the missing documents. The Court granted the request, such that Plaintiff had until October 18, 2008 to complete his <u>in forma pauperis</u> application by providing the necessary documents. The deadline as since passed, and Plaintiff has not paid the filing fee nor filed the necessary documents to complete his <u>in forma pauperis</u> application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or file a completed <u>in forma pauperis</u> application.

The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 11/14/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.08\Rhine03939_dism-ifpdef.wpd      2